# MEMO ENDORSED



**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KATHLEEN D. REILLY**
*Assistant Corporation Counsel*
Phone: (212) 356-2663
Fax: (212) 356-3558
Email: kareilly@law.nyc.gov

December 23, 2019

**BY ECF**
Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Michael Tammaro v. City of New York, et al.
             13 CV 6190 (WHP) (HBP)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney for defendants City of New York and Correction Officer Middlebrooks in the above-referenced matter. For the reasons set forth below, defendants write respectfully to request a thirty (30) day extension of time, from December 23, 2019 to January 21, 2019, to file the stipulation of dismissal in this matter. Plaintiff, who is proceeding *pro se*, joins in this request.

      The reason for this request is to allow plaintiff further time to inquire with the proper authorities as to any changes to his public assistance, including Medicaid and Social Security, that will result from the settlement of this matter. In order to further exhaust those inquiries, and for the undersigned to make additional inquiries regarding plaintiff's anticipated settlement payment, defendants respectfully request a thirty (30) day extension of time, from December 23, 2019 to January 21, 2019, for the parties to execute and file the stipulation of dismissal in this matter.

      Defendants thank the Court for its time and consideration of this request.

> **Application granted.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff.**

Respectfully submitted,

*Kathleen D Reilly*

Kathleen D. Reilly
Assistant Corporation Counsel
Special Federal Litigation Division

Dated: December 27, 2019
    New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

cc:   **<u>BY ECF AND FIRST CLASS MAIL</u>**
      Michael Tammaro, *Plaintiff pro se*
      1189 Tinton Avenue, Apt. 5E
      Bronx New York 10456

## DECLARATION OF SERVICE BY MAIL

I, **KATHLEEN D. REILLY**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on December 23, 2019, I served the annexed the **LETTER MOTION FOR EXTENSION OF TIME** upon Michael Tammaro, *pro se* plaintiff in the matter, <u>Michael Tammaro v. City of New York, et al.</u>, No. 13 CV 6190 (WHP), by depositing a copy of same, enclosed in a first-class, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the plaintiff in the address listed below, that being the address designated by plaintiff for that purpose:

> Michael Tammaro
> 1189 Tinton Avenue, Apt. 5E
> Bronx New York 10456

Dated:      New York, New York
          December 23, 2019

_____
Kathleen D. Reilly
Assistant Corporation Counsel